UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| BRIAN WUOTI, KAITLYN WUOTI, MICHAEL GANTT, REBECCA GANTT,<br><br>   *Plaintiffs-Appellants*,<br><br>CHRISTOPHER WINTERS, in his official capacity as Commissioner of Vermont Department of Children and Families; ARYKA RADKE, in her official capacity as Deputy Commissioner of the Family Services Division; STACEY EDMUNDS, in her official capacity as Director of Residential Licensing & Special Investigations,<br><br>   *Defendants-Appellees*. | No. 25-678 |

## APPELLANTS' SCHEDULING NOTIFICATION

Under Local Rule 31.2(a)(1), Appellants request that their brief and appendix be accepted for filing no later than May 30, 2025. This date is within 91 days of Appellants' filing of the certificate that no transcript will be ordered.

Dated: April 14, 2025

           Respectfully submitted,

           *s/ Johannes Widmalm-Delphonse*
           JOHANNES WIDMALM-DELPHONSE
           ALLIANCE DEFENDING FREEDOM
           44180 Riverside Pkwy
           Lansdowne, VA 20176
           (571) 707-4655
           jwidmalmdelphonse@ADFlegal.org

           *Attorney for Appellants*

1

**Certificate of Service**

I hereby certify that on April 14, 2025, a copy of this Scheduling Notification was filed electronically with the Clerk of the Second Circuit Court of Appeals. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

*s/ Johannes Widmalm-Delphonse*
Johannes Widmalm-Delphonse
*Attorney for Appellants*