# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of April, two thousand twenty-five,

_____

| | |
|---|---|
| Brian Wuoti, Kaitlyn Wuoti, Michael Gantt, Rebecca Gantt, | **ORDER** |
| | Docket No. 25-678 |
|       Plaintiffs-Appellants, | |

v.

Christopher Winters, in his official capacity as Commissioner of Vermont Department of Children and Families, Aryka Radke, in her official capacity as Deputy Commissioner of the Family Services Division, Stacey Edmunds, in her official capactiy as Director of Residential Licensing & Special Investigations,

      Defendants-Appellees.

_____

Counsel for APPELLANT Brian Wuoti, et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 30, 2025 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before May 30, 2025. The appeal is dismissed effective May 30, 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

